# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CHRISTOPHER BRANDON, | NO. CV 12-10877-CAS (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| BOARD OF PRISON TERMS, et al., | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 26, 2014.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE